# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **TWYLA SANDOLPH,**<br>　　　*Plaintiff,*<br><br>v.<br><br>**MARTIN MARIETTA MATERIALS, INC.,**<br>　　　*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 6:19-CV-00516-ADA |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Jeffrey C. Manske. ECF No. 54. The report recommends that that the Defendant's Motion for Summary Judgment (ECF No. 44) be **GRANTED-IN-PART AND DENIED-IN-PART**. The report and recommendation was filed on June 1, 2023.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of the time that this Order is entered, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Manske (ECF No. 54) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 44) is **GRANTED-IN-PART AND DENIED-IN-PART** in accordance with the Report and Recommendation.

**SO ORDERED and SIGNED** this 15th day of June, 2023.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE