# EXHIBIT 1

# EMPLOYMENT DISCRIMINATION COMPLAINT FORM
## Texas Workforce Commission Civil Rights Division

Please return this form by:
Mail: 101 East 15th Street, Guadalupe CRD, Austin, TX 78778-0001
Email: EEOIntake@twc.state.tx.us
Telephone: (888) 452-4778 *or*
Fax: (512) 482-8465 (Please include a cover sheet with your name and the total # of pages

TWCCRD#_____

EEOC#_____

**Please indicate if you have previously filed this complaint with any of the agencies below:**
- ☐ Texas Workforce Commission Civil Rights Division (TWCCRD)
- ☐ Equal Employment Opportunity Commission (EEOC)
- ☐ City of Austin Equal Employment and Fair Housing Office
- ☐ Corpus Christi Human Relations Division
- ☐ Fort Worth Human Relations Department

**DATE RECEIVED** (For Office Use Only):

Please be sure you provide all the information requested. For Assistance, send an E-mail to EEOIntake@twc.state.tx.us or call us at (888) 452-4778. (Ofrecemos asistencia en Español)

**Complainant Full Name:** Twyla Lynn Sandolph
**Address Line 1:** 1516 Gurley Ln.
**Address Line 2:** # 5103
**City/State/Zip:** Waco, TX. 76706
**Home Phone #:**
**Other Phone #:** (254) 761-0305
**Email:** tsandolph3@gmail.com
**Preferred Form of Contact:** (Please check)
☑ E-mail ☐ Telephone

**Complainant Representative (Optional):** *(If you are represented by an attorney, please have them submit a letter of representation)*:
**Address Line 1:**
**Address Line 2:**
**City/State/Zip:**
**Phone #:**
**Fax #:**

**Date Hired:** 3/20/17  **Position held:** Driver
**Still employed?** ☑ Yes ☐ No
**Name of Employer** *(Please be sure to give the complete Company name and address where you physically worked)*
Martin Marietta
**Company Address**
**Address Line 1:** 7901 Fish Pond Rd.
**Address Line 2:**
**City/State/Zip:** Waco, TX. 76710
**Phone #:** (254) 772-9992

**HR Personnel Officer/EEO Officer/or Highest Ranking Officer on work site:** Manuel Alaniz
**15 or more employees:**
☑ Yes ☐ No

**Company Officer Address**
**Address Line 1:**
**Address Line 2:**
**City/State/Zip:**
**Phone #:**

**BASIS:** I believe I have been discriminated against in violation of state law (Texas Labor Code, Chapter 1) and federal law (ADEA, GINA, Title VII, ADAAA), as follows:

Please mark *only* the basis you believe were the reasons you were discriminated.

EXAMPLE: If your treatment was because of your race, then check only the box by your race.

☐ **Age** *(You must be 40 years of age or older to qualify)*:
Date of Birth:
___/___/___
Month/day/year
Age at time of incident:
___

☐ **GINA** (Genetic Information Non-discrimination Act)

☐ **Religion:**
☐ Baptist
☐ Catholic
☐ Jewish
☐ Muslim
☐ Other:

☐ **Color** *(Based on skin color)*:
☐ Black
☐ Brown
☐ White
☐ Other:

☐ **National Origin:**
☐ African-American
☐ Anglo/Caucasian
☐ East Indian
☐ Hispanic
☐ Mexican
☐ Other:

☑ **Retaliation:**
☐ Assisted another filing discrimination
☑ Filed a complaint of discrimination
☐ Participated in discrimination investigation.
**ON THIS DATE:**
___/___/___
Month/day/year

☐ **Disability:**
☐ Disabled
☐ History of disability
☐ Regarded as disabled
*(Pregnancy is NOT a disability unless you are regarded as disabled.)*

☐ **Race:**
☐ American Indian/Alaskan Native
☐ Asian/Pacific Islander
☐ Black
☐ White
☐ Other:

☑ **Sex:**
☑ Female
☐ Female/Pregnancy
☐ Male

Gender discrimination

PLAINTIFF'S EXHIBIT

m 1000

Revised: 03/2017

## Employment Harms or Actions (Mark all that apply)

- [ ] ...on (D1)
- [ ] Layoff (L1)
- [x] Suspension (S5)
- [ ] ...charge (D2)
- [ ] Promotion (P3)
- [ ] Terms & Conditions (T2)
- [ ] ...iscipline (D3)
- [ ] Reasonable Accommodation (R6)
- [ ] Training (T4)
- [ ] Harassment (H1)
- [ ] Severance Pay (B5)
- [ ] Wages (W1)
- [ ] Hiring (H2)
- [x] Sexual Harassment (S4)
- [ ] Other:

*The following questions are regarding the employment harms or actions taken against you. (Each incident must be within 180 days of the date you submit your complaint to the TWCCRD.)*

**DATE(S) DISCRIMINATION TOOK PLACE (Month/Day/Year)**
Earliest (Month/Day/Year): 6/ /2017
Latest (Month/Day/Year): 8/ /2018
[ ] CONTINUING ACTION

**Name and Position Title of person(s) who did the harm:**
Manuel Jesus Alaniz (Manager)
Joe Hernandez (dispatch)
Alvin Chapelle (driver)
Joseph Rothman AKA Red (Central dispatcher)

(If filing under race, color, national origin, religion, sex, age, please provide the race, color, national origin, religion, sex, or age of the person(s) discriminating against you:)

**Did you complain of discrimination to your employer?** [x] Yes [ ] No
If Yes, date of complaint: 11/2017, 12/2017, 4/2018, 7/2018 (Month/Day/Year)

**Name and Position Title of person(s) you complained to:**
Malinda feola - Human Resource Manager

**Explain why you believe the employment harm(s) and/or action(s) were discriminatory:**

Because of the color discrimination, Gender discrimination, Sexual harrassment & lack of pairty when it comes to Scheduling. The More I inquire about fairness, the worst it got.

**Employer's reason for its action:**

I was suspended for 3 days for becoming very defensive during a radio conversation with Joe Hernandez after reporting his sexual behavior

**Are there other employees treated more fairly than you?** [x] Yes [ ] No
If Yes, please provide the information below:

| Full Name and Position Title *All are drivers except Joe* | (If filing under race, color, national origin, religion, sex, and/or age, please provide the race, color, national origin, religion, sex, or age of the person(s) treated more fairly than you.) |
|---|---|
| Alvin Chapelle | |
| Joseph Hernandez | |
| Warren Williams | |
| Chavez | |
| Gomez | |
| Ramirez | |
| Omar | |
| Scott Pitre, etc. | |

wards Me. I continuously reported this man to (HR) Malinda Feola & (Plant Manager) Manuel Alaniz, nothing was done. I become defensive on the radio & text, I get suspended.

**What are you seeking as a resolution to your case?** Lawsuit

**What is the most convenient method to contact you:**

☑ Email: tsandolph3@gmail.com   ☑ Telephone: (254) 761-0305

Twyla Sandolph
Signature

Aug 26, 2018
Date